| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321) |
| | United States Attorney |
| 2 | |
| | EUMI L. CHOI (WVBN 0722) |
| 3 | Chief, Criminal Division |
| 4 | MARK L. KROTOSKI (CASBN 138549) |
| | Assistant United States Attorney |
| 5 | |
| | 150 Almaden Boulevard, Suite 900 |
| 6 | San Jose, California  95113 |
| | Telephone: (408) 535-5035 |
| 7 | Facsimile: (408) 535-5081 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED -12/8/05*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 05-00445-RMW |
| Plaintiff, | ) | |
| | ) | **NOTICE OF RELATED CASE IN A** |
| v. | ) | **CRIMINAL ACTION AND** |
| | ) | **ORDER** |
| DAVID M. FISH, | ) | |
| aka x000x, | ) | |
| CHIRAYU PATEL, | ) | |
| aka nebula, aka nebwrk, aka aluben, | ) | |
| aka notneb, aka aluben, | ) | |
| WILLIAM VEYNA, | ) | |
| aka guyzzz, aka _-_-_, aka 1010101, | ) | |
| aka 5555, aka i_love_dact, aka 8675309, | ) | |
| NATHANIEL E. LOVELL, | ) | |
| aka Nate Lovell, aka pestilenc, aka pest, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | No. CR 05-00761-JW |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **NOTICE OF RELATED CASE IN A** |
| Plaintiff, | ) | **CRIMINAL ACTION AND** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JONATHAN STANLEY GOLENBOCK, | ) | |
| aka myriad, aka monty864 | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF RELATED CASES IN A CRIMINAL ACTION
AND ORDER [CR 05-00445-RMW ]

| | |
|---|---|
| 1 | **NOTICE OF RELATED CASES IN A CRIMINAL ACTION** |
| 2 | Criminal Local Rule 8-1 of the Local Rules of Practice of the United States District Court for |
| 3 | the Northern District of California, imposes a duty on any party to "promptly" notify the Court of |
| 4 | cases which may be related.  The Government hereby gives notice pursuant to Criminal Local |
| 5 | Rule 8-1 that the above-captioned criminal cases are believed to be related since the "actions |
| 6 | concern one or more of the same defendants and the same alleged events, occurrences, |
| 7 | transactions or property."  Criminal Local Rule 8-1(b)(1). |
| 8 | Based on the charges and other documents on file, each of these cases relates to the same |
| 9 | warez conspiracy.  Conspiracy and copyright charges have been filed against all of the defendants |
| 10 | concerning their role in the warez conspiracy.  A review of the indictment and information |
| 11 | further shows that there is a substantial overlap in many of the allegations.  The cases also relate |
| 12 | to the same warez investigation.  United States District Court Judge Ronald M. Whyte has |
| 13 | presided over five plea convictions in these cases to date, with more anticipated. |
| 14 | On the <u>United States v. Jonathan Stanley Golenbock</u> case (No. CR 05-00761-JW ), the |
| 15 | parties have reached agreement on a plea agreement and request that the matter be related so the |
| 16 | initial appearance and plea hearing can be set.  The parties request that the matter be set for |
| 17 | December 12, 2005 at 9:00 a.m., if the cases are related. |
| 18 | Based on the foregoing, the Government believes that the two above-captioned cases concern |
| 19 | "the same alleged events, occurrences, transactions or property" within the meaning of Criminal |
| 20 | Local Rule 8-1(b)(1) and are therefore related to each other.  As a result, the Government further |
| 21 | maintains that assignment to a single judge is likely to conserve judicial resources and promote |
| 22 | an efficient determination of the action.  Accordingly, pursuant to Criminal Local Rule 8-1(e), |
| 23 | the Government requests that <u>Carter</u> case be assigned to the judge assigned to the earliest-filed |
| 24 | case, that is, Judge Ronald M. Whyte.  For the convenience of the Court, a proposed Order is |
| 25 | // // // |
| 26 | |
| 27 | |
| 28 | |

1 | submitted consistent with the regular practice of the Court and the Local Rule that related cases
2 | are generally assigned to the judge to whom the first filed action was assigned.
3 | DATED: December 1, 2005                    Respectfully Submitted,
4 |                                             KEVIN V. RYAN
                                                United States Attorney
5 |
6 |                                             _____
                                                MARK L. KROTOSKI
7 |                                             Assistant United States Attorney

**ORDER**

For Good Cause shown,

Pursuant to Criminal Local Rule 8-1(e), the Court finds the case of <u>United States v. David M. Fish et al.</u>, CR 05-00445-RMW, is related to <u>United States v. Jonathan Stanley Golenbock</u>, CR 05-00761-JW. The actions concern one or more of the same alleged events, occurrences, transactions or property; and the actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges.

IT IS THEREFORE ORDERED that case number 05-00761-JW be reassigned to the Honorable Ronald M. Whyte. All captions in the reassigned case shall now appear as CR 05-00761-RMW.

IT IS FURTHER ORDERED that case number 05-00761 be calendared for initial appearance and entry of plea for December 12, 2005 at 9:00 a.m.

SO ORDERED.

DATED: December 8, 2005

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge