KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California  95113
Telephone: (408) 535-5035
Facsimile: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILED - 1/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN STANLEY GOLENBOCK, <br><br> Defendant. | No. CR 05-00761 RMW <br><br> APPLICATION AUTHORIZING THE CLERK'S OFFICE TO RELEASE SEALED DOCUMENTS TO LEGAL ASSISTANTS OR PARALEGAL OF UNITED STATES ATTORNEY'S OFFICE; and ORDER |

The United States of America, by and through Assistant United States Attorney Mark L. Krotoski, hereby applies for an order authorizing the Clerk's office to release any documents filed

///
///
///
///
///
///
///

APPLICATION AND ORDER
CR 05-00761 RMW                                    1

1  under seal to any paralegal or legal assistant of the United States Attorney's Office.

2

3

4  DATED: December 29, 2005                  Respectfully submitted,
                                             KEVIN V. RYAN
5                                            United States Attorney

6
                                                        /s/
7

8                                            _____
                                             MARK L. KROTOSKI
9                                            Assistant United States Attorney

10     It is so ORDERED.

11

12  DATED: January 6, 2006                    /s/ Ronald M. Whyte
                                             _____
                                             HONORABLE RONALD M. WHYTE
13                                           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND ORDER
CR 05-00761 RMW                    2