KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/11/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00761-RMW |
|    Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| JONATHAN STANLEY GOLENBOCK, aka myriad, aka monty864, | |
|    Defendant. | |

   It is hereby stipulated and agreed between Defendant Jonathan Stanley Golenbock, by and through his counsel of record, John L. Willliams, Esq., and Robert J. Jossen, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

   1. This matter is presently set for a sentencing hearing on May 8, 2006 at 9:00 a.m.

   2. The Probation Officer has requested further time to address sentencing issues and to complete the Presentence Report.

   3. The parties do not oppose this request for further time to prepare the Presentence Report.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00761-RMW

1  For the foregoing reasons, and that the ends of justice are served by continuing this case, the
2  parties stipulate and request to a continuance of the sentencing hearing from May 8, 2006 at 9:00
3  a.m. to June 12, 2006 at 9:00 a.m., or the next available date.
4  IT IS SO STIPULATED.

5  Dated: April 25, 2006                         KEVIN V. RYAN
                                                 United States Attorney
6
7                                                       /s/
                                                 _____
8                                                MARK L. KROTOSKI
                                                 Assistant United States Attorney
9  Dated: April 24, 2006
10                                                      /s/
                                                 _____
11                                               JOHN L. WILLLIAMS
                                                 ROBERT J. JOSSEN
12                                               Dechart, LLP
                                                 Attorneys for Defendant
13

14  IT IS SO ORDERED.
15  Upon good cause shown, the sentencing hearing is continued from from May 8, 2006 at 9:00
16  a.m. to June 12, 2006 at 9:00 a.m.
17  Dated: May  11, 2006
18                                                /s/ Ronald M. Whyte
                                                 _____
                                                 RONALD M. WHYTE
19                                               United States District Judge
20
21
22
23
24
25
26
27
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00761-RMW                         Page 2 of 3

1. Distribute To:

2. Robert J. Jossen, Esq.
   Dechert LLP
3. 30 Rockefeller Plaza
   New York, NY 10112-2200
4. FAX (212) 698-3599

5. John L. Williams, Jr., Esq.
   Manchester Williams et al
6. 84 W Santa Clara #630
   San Jose, CA 95113-1808
7. FAX (408) 287-1554

8. Mark L. Krotoski
   AUSA
9. 150 Almaden Boulevard, Suite 900
   San Jose, CA 95113

10.

    Benjamin Flores
11. U.S. Probation Officer
    United States Probation Office
12. Northern District of California
    280 South First Street
13. San Jose, CA 95113

14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR 05-00761-RMW                   Page 3 of  3