| | |
|---|---|
| John L. Williams, Esq. SBN: 43912<br>MANCHESTER, WILLIAMS & SEIBERT<br>84 W. Santa Clara Street, Suite 630<br>San Jose, California 95113-1808<br>(408) 287-6193 – Telephone<br>(408) 287-1554 – Facsimile<br><br>Attorney for Defendant,<br>Jonathan Golenbock | Robert J. Jossen (Pro Hac Vice)<br>DECHERT, LLP<br>30 Rockefeller Plaza<br>New York, New York 10112-2200<br>(212) 698-3500 – Telephone<br>(212) 698-3599 – Facsimile<br><br>Attorney for Defendant,<br>Jonathan Golenbock |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

*E-FILED - 6/15/06*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JONATHAN STANLEY GOLENBOCK,
    aka myriad, aka monty864,

    Defendant.

No. CR-05-00761-RMW

STIPULATION TO CONTINUE SENTENCING HEARING

It is hereby stipulated and agreed between Defendant Jonathan Stanley Golenbock, by and through his counsel of record, John L. Williams, Esq., and Robert J. Jossen, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

    1.    This matter is presently set for a sentencing hearing on June 12th, 2006 at 9:00 a.m.

    2.    The Probation Officer has requested further time to address sentencing issues and to complete the Presentence Report.

    3.    The parties do not oppose thus request for further time to prepare the

1 | Presentence Report.
2 |
3 | For the foregoing reasons, and that the ends of Justice are served by continuing
4 | this case, the parties stipulate and request to a continuance of the sentencing hearing
5 | from June 12th, 2006 at 9:00 a.m. to July 17th, 2006 at 9:00 a.m., or the next available
6 | date.
7 | IT IS SO STIPULATED.
8 |
9 | Dated: May 31, 2006           KEVIN V. RYAN
10 |                                United States Attorney
11 |
12 |                                _____
                                   MARK L. KROTOSKI
13 |                                Assistant United States Attorney
14 |
15 | Dated: May 31, 2006           _____
16 |                                JOHN L. WILLIAMS
                                   ROBERT J. JOSSEN
17 |                                Attorneys for Defendant
18 |
19 | IT IS SO ORDERED.
20 | Upon good cause shown, the sentencing hearing is continued from June 12th,
21 | 2006 at 9:00 a.m. to July 17th, 2006 at 9:00 a.m.
22 |
23 | Dated: 6/15/06                /S/ RONALD M. WHYTE
                                   RONALD M. WHYTE
24 |                                United States District Judge
25 |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
U.S. v. GOLENBOCK, CR-05-00761-RMW