| | |
|---|---|
| John L. Williams, Esq. SBN: 43912<br>MANCHESTER, WILLIAMS & SEIBERT<br>84 W. Santa Clara Street, Suite 630<br>San Jose, California 95113-1808<br>(408) 287-6193 – Telephone<br>(408) 287-1554 – Facsimile<br><br>Attorney for Defendant,<br>Jonathan Golenbock | Robert J. Jossen (Pro Hac Vice)<br>DECHERT, LLP<br>30 Rockefeller Plaza<br>New York, New York 10112-2200<br>(212) 698-3500 – Telephone<br>(212) 698-3599 – Facsimile<br><br>Attorney for Defendant,<br>Jonathan Golenbock |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/13/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>JONATHAN STANLEY GOLENBOCK,<br>　aka myriad, aka monty864,<br><br>　　Defendant. | No. CR-05-00761-RMW<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING<br>AND ORDER |

It is hereby stipulated and agreed between Defendant Jonathan Stanley Golenbock, by and through his counsel of record, John L. Williams, Esq., and Robert J. Jossen, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on July 17, 2006, at 9:00 a.m.

2. The Presentence Report will not be completed in a timely manner.

3. The parties do not oppose this request for further time to prepare the Presentence Report.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from July 17, 2006, at 9:00 a.m. to September 26, 2006, at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: July 12, 2006

KEVIN V. RYAN
United States Attorney

MARK L. KROTOSKI
Assistant United States Attorney

Dated: July 12, 2006

/s/
JOHN L. WILLIAMS
ROBERT J. JOSSEN
Attorneys for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from July 17, 2006, at 9:00 a.m. to September 25, 2006 at 9:00 a.m.

Dated: 7/13/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge