KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Facsimile: (408) 535-5066
E-mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/21/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN STANLEY GOLENBOCK, ) <br>   aka myriad, aka monty864, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00761-RMW <br><br> STIPULATION TO CONTINUE <br> SENTENCING HEARING |

It is hereby stipulated and agreed between Defendant Jonathan Stanley Golenbock, by and through his counsel of record, John L. Willliams, Esq., and Robert J. Jossen, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on September 25, 2006 at 9:00 a.m.

2. The parties need further time to discuss sentencing issues in this case, and the terms of the plea agreement continue to apply.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from September 25, 2006 at 9:00 a.m. to October 23, 2006 at 9:00 a.m., or the next available date.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00761-RMW

1    IT IS SO STIPULATED.

2  Dated: September 18, 2006                KEVIN V. RYAN
                                            United States Attorney
3

4                                                  /s/

5                                           _____
                                            MARK L. KROTOSKI
6                                           Assistant United States Attorney

   Dated: September 18, 2006
7                                                  /s/

8                                           _____
                                            JOHN L. WILLLIAMS
                                            ROBERT J. JOSSEN
9                                           Dechart, LLP
                                            Attorneys for Defendant
10

11   IT IS SO ORDERED.

12   Upon good cause shown, the sentencing hearing is continued from September 25, 2006 at

13  9:00 a.m. to October 23, 2006 at 9:00 a.m.

14  Dated: September 21, 2006

15                                             /S/ RONALD M. WHYTE
                                            _____
                                            RONALD M. WHYTE
16                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00761-RMW                 Page 2 of 3

1  Distribute To:

2  Robert J. Jossen, Esq.
   Dechert LLP
3  30 Rockefeller Plaza
   New York, NY 10112-2200
4  FAX (212) 698-3599

5  John L. Williams, Jr., Esq.
   Manchester Williams et al
6  84 W Santa Clara #630
   San Jose, CA 95113-1808
7  FAX (408) 287-1554

8  Mark L. Krotoski
   AUSA
9  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
10
   Benjamin Flores
11 U.S. Probation Officer
   United States Probation Office
12 Northern District of California
   280 South First Street
13 San Jose, CA 95113

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00761-RMW                      Page 3 of 3