John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-1808
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant,
Jonathan Golenbock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/19/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN STANLEY GOLENBOCK,<br>   aka myriad, aka monty864,<br><br>    Defendant. | No. CR-05-00761-RMW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between Defendant Jonathan Stanley Golenbock, by and through his counsel of record, John L. Williams, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on October 23, 2006, at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of Justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from

October 23, 2006, at 9:00 a.m. to November 13, 2006, at 9:00 a.m., or the next available date.

    IT IS SO STIPULATED.

Dated: October 16, 2006            KEVIN V. RYAN
                                          United States Attorney

                                          /s/
                                          MARK L. KROTOSKI
                                          Assistant United States Attorney

Dated: October 16, 2006            /s/
                                          JOHN L. WILLIAMS
                                          Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from October 23, 2006 at 9:00 a.m. to November 13, 2006 at 9:00 a.m.

    Dated: 10/19/06

                                            /S/ RONALD M. WHYTE
                                          RONALD M. WHYTE
                                          United States District Judge