1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  
   150 Almaden Boulevard, Suite 900
   San Jose, California  95113
5  Telephone: (408) 535-5035
   Facsimile: (408) 535-5066
6  E-mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
                                              *E-FILED - 11/8/06*
12

13 | UNITED STATES OF AMERICA,        )  No. CR 05-00761-RMW
                                     )
14 |     Plaintiff,                   )
                                     )  STIPULATION TO CONTINUE
15 | v.                               )  SENTENCING HEARING
                                     )   AND ORDER
16 | JONATHAN STANLEY GOLENBOCK,      )
        aka myriad, aka monty864,    )
17 |                                  )
        Defendant.                   )
18 |_____)

19     It is hereby stipulated and agreed between Defendant Jonathan Stanley Golenbock, by and

20  through his counsel of record, John L. Willliams, Esq., and Robert J. Jossen, Esq., and the United

21  States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

22     1.  This matter is presently set for a sentencing hearing on November 13, 2006 at 9:00 a.m.

23     2.  The parties request further time to address sentencing issues and the terms of the plea

24  agreement continue to operate.

25     For the foregoing reasons, and that the ends of justice are served by continuing this case, the

26  parties stipulate and request to a continuance of the sentencing hearing from November 13, 2006

27  at 9:00 a.m. to December 11, 2006 at 9:00 a.m., or the next available date.

28  // // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00761-RMW

1  IT IS SO STIPULATED.

2  Dated: November 2, 2006                KEVIN V. RYAN
                                          United States Attorney
3

4                                              /s/
                                          _____
5                                         MARK L. KROTOSKI
                                          Assistant United States Attorney
6
   Dated: November 2, 2006
7                                              /s/
                                          _____
8                                         JOHN L. WILLLIAMS
                                          ROBERT J. JOSSEN
9                                         Dechart, LLP
                                          Attorneys for Defendant
10

11  IT IS SO ORDERED.

12  Upon good cause shown, the sentencing hearing is continued from November 13, 2006 at

13  9:00 a.m. to December 11, 2006 at 9:00 a.m.

14  Dated: November  8 , 2006

15                                             /S/ RONALD M. WHYTE
                                          _____
                                          RONALD M. WHYTE
16                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00761-RMW           Page 2 of 3

1 | Distribute To:

2 | Robert J. Jossen, Esq.
Dechert LLP
3 | 30 Rockefeller Plaza
New York, NY 10112-2200
4 | FAX (212) 698-3599

5 | John L. Williams, Jr., Esq.
Manchester Williams et al
6 | 84 W Santa Clara #630
San Jose, CA 95113-1808
7 | FAX (408) 287-1554

8 | Mark L. Krotoski
AUSA
9 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113

10 |
Benjamin Flores
11 | U.S. Probation Officer
United States Probation Office
12 | Northern District of California
280 South First Street
13 | San Jose, CA 95113

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00761-RMW            Page 3 of 3