John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-1808
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant,
Jonathan Golenbock

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR-05-00761-RMW |
| ) | |
| vs. ) | |
| ) | STIPULATION TO CONTINUE |
| JONATHAN STANLEY GOLENBOCK, ) | SENTENCING HEARING |
|    aka myriad, aka monty864, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated and agreed between Defendant Jonathan Stanley Golenbock, by and through his counsel of record, John L. Williams, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

    1.    This matter is presently set for a sentencing hearing on December 11, at 9:00 a.m.

    2.    The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

    3.    For the foregoing reasons, and that the ends of Justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from December 11, 2006, at 9:00 a.m. to January 8, 2007, at 9:00 a.m. or the next available date.

IT IS SO STIPULATED.

Dated: December 5, 2006                                KEVIN V. RYAN
                                                      United States Attorney

                                                      _____/s/_____
                                                      MARK L. KROTOSKI
                                                      Assistant United States Attorney

Dated:  December 5, 2006                               _____/s/_____
                                                      JOHN L. WILLIAMS
                                                      Attorney for Defendant

## ORDER

**IT IS SO ORDERED**.

Upon stipulation of the parties and good cause shown, the sentencing hearing is continued from December 11, 2006 at 9:00 a.m. to January 8, 2007, at 9:00 a.m.

Dated:     12/8/06
                                                       /s/ Ronald M. Whyte
                                                      _____
                                                      RONALD M. WHYTE
                                                      United States District Judge